UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHAEL CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:20-CV-00152-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the opinion and order entered on this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. The decision of the Commissioner is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards;

2. This matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This judgment is **FINAL** and **APPEALABLE**.

This the 22nd of September, 2021.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

1